```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 299 (AT)

ADAM TORO,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's *pro se* motion for reconsideration of the Court's denial of his application for compassionate release, which was sent to the Court via mail. Accordingly,

1. By **April 5, 2021**, Defendant shall file an amended motion, if any;
2. By **April 19, 2021**, the Government shall file its opposition; and
3. By **April 26, 2021**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: March 5, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge