UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

ADAM TORO,
    a/k/a "Laflair,"
    a/k/a "Spoz,"

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2023
```

19 Cr. 299 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 28, 2021, the Court denied Defendant's second motion for compassionate release. *See* ECF No. 34. In a letter dated August 7, 2021, Defendant requested that the Court reconsider its order. ECF No. 35. The Court has been advised that Defendant was released from federal custody on December 21, 2021. Accordingly, his motion for reconsideration is DENIED as moot.

    The Clerk of Court is directed to terminate all pending motions.

    SO ORDERED.

Dated: December 19, 2023
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge